GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
44 Montgomery Street, Suite 850
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Plaintiff Mohamed Poonja, Trustee

*Entered on Docket*
*December 08, 2010*
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed December 08, 2010

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>MESATRONIC USA, INC.,<br><br>Debtor. | Case No. 08-53287-SLJ<br><br>Chapter 7 |
| MOHAMED POONJA, Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL CONTACT TECHNOLOGIES INCORPORATED,<br><br>Defendant. | A.P. No. 09-5049-SLJ |

**JUDGMENT AFTER TRIAL**

This matter came on for trial before the Honorable Stephen Johnson on November 30, 2010. Plaintiff was represented by Dennis Davis, Esq. and Defendant was represented by Breck E. Milde, Esq.

On December 6, 2010 the Court entered its Memorandum Decision Following Trial On Complaint And Cross-Complaint, which included the court's findings of fact and conclusions of law.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

-1-

1. Judgment is entered for Plaintiff against Defendant in the amount of $97,399 on the Complaint;

2. International Contact Technologies Inc. shall take nothing by its Cross-Complaint;

3. Plaintiff shall recover his costs of suit.

***END OF ORDER****

## COURT SERVICE LIST

Breck E. Milde, Esq.
Terra Law LLP
177 Park Ave., Third Floor
San Jose, CA 95113-2336